IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| PETER ABBADESSA, | |
| Petitioner, | |
| v. | CIVIL ACTION NO.: CV211-084 |
| ANTHONY HAYNES, Warden, | |
| Respondent. | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which two (2) Declarations and Objections have been filed. A review of these documents reveals that Petitioner Peter Abbadessa ("Abbadessa") is doing nothing more than re-urging the same contentions as he did in his original petition. Abbadessa, as the Magistrate Judge concluded, received the appropriate due process protections during the disciplinary hearing proceedings. These protections are all the Constitution requires.

Abbadessa's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Abbadessa's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DENIED**. The Clerk of Court is directed to enter the appropriate order of dismissal.

SO ORDERED, this ___ day of __November__, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)